IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01511-WYD-CBS

JOHN H. PETERSEN; and
DEBRA L. PETERSEN,

     Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION, as trustee for the Structured Asset Investment
Loan Trust, 2006-4; and
WELLS FARGO BANK NATIONAL ASSOCIATION, d/b/a America's Servicing
Company,

     Defendants.

## **MINUTE ORDER**

### **ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Leave to File Third Party Complaint (*doc. # 17)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the Third Party Complaint (*doc no. 17-5)* tendered to the court on November 10, 2008.

**DATED:**     November 14, 2008