IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01511-WYD-CBS

JOHN H. PETERSEN; and
DEBRA L. PETERSEN,

    Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
as trustee for the Structured Asset Investment Loan Trust, 2006-4; and
WELLS FARGO BANK NATIONAL ASSOCIATION,
d/b/a America's Servicing Company,

    Defendants and Third-Party Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY.
a California corporation, and
NETCO, INC., a/k/a NETCO TITLE, INC.,
an Illinois corporation,

    Third-Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants Motion to Vacate Scheduling Order and Request a New Scheduling Conference (*doc. #27)* is GRANTED. The discovery deadline, dispositive motion deadline and final pretrial conference are VACATED.

    IT IS FURTHER ORDERED that a scheduling conference will be held on **February 12, 2009 at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties shall submit a proposed scheduling order and (updated) confidential settlement statements on or before **February 5, 2009**.

**DATED:**    January 15, 2009