IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01511-WYD-CBS

JOHN H. PETERSEN and
DEBRA L. PETERSEN,

    Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
as TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-4;
and
WELLS FARGO BANK, NATIONAL ASSOCIATION,
d/b/a AMERICA'S SERVICING COMPANY,

    Defendants/Third-Party Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY,
a California corporation; and
NETCO, INC. a/k/a NETCO TITLE, INC.,
an Illinois corporation,

    Third-Party Defendants.

---

## ORDER

---

THIS MATTER comes before the Court upon the Stipulation for Dismissal with Prejudice executed by counsel for Defendants/Third-Party Plaintiffs and Third-Party Defendants, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims, third-party claims and crossclaims which were brought by Third-Party Plaintiffs and by Third-Party Defendants and all claims, third-party claims, and crossclaims arising out of the captioned matter which could have been

brought by Third-Party Plaintiffs and Third-Party Defendants against each other or against any party to this action are hereby **DISMISSED WITH PREJUDICE**.

Dated: August 12, 2010

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE